# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHNNY LEE JONES,
                           Appellant,
                    vs.
THE STATE OF NEVADA,
                           Respondent.

No. 69914

**FILED**

MAY 2 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James E. Wilson, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on March 7, 2016. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:   Hon. James E. Wilson, District Judge
      Johnny Lee Jones
      Attorney General/Carson City
      Carson City District Attorney
      Carson City Clerk

16-15997